UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ISAIAH ISAAC WOOTEN,

Petitioner,

v.

LARRY SMALL, Warden,

Respondent.

Case No. EDCV 09-1842 GAF(JC)

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 17, 2014

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE