JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAIAH ISAAC WOOTEN, | ) | Case No. EDCV 09-1842 GAF(JC) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| LARRY SMALL, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: January 17, 2014

_____
**JS-6**  HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE